# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JASON WILLIAM BROKKEN,

Petitioner,

v.

KATHLEEN ALLISON, et al.,

Respondent.

Case No. 5:22-cv-01526-RGK (SK)

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Deny Habeas Petition and any relevant records if needed.  Because the time for objections has passed with none filed,[1] the Court need not review de novo the findings and conclusions in the Report and Recommendation.  *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

THEREFORE, the Court accepts the Report and Recommendation and orders that the petition under 28 U.S.C. § 2254 be DENIED.  Judgment will accordingly be entered dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: 4/28/2026

R. GARY KLAUSNER
United States District Judge

---

[1] At Petitioner's request, the deadline was extended for 30 days to April 20, 2026.  (ECF 57).