JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WILLIAM BROKKEN,<br><br>              Petitioner,<br><br>       v.<br><br>KATHLEEN ALLISON, et al.,<br><br>              Respondent. | Case No. 5:22-cv-01526-RGK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.


DATED:    4/28/2026

_____
R. GARY KLAUSNER
United States District Judge